# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARCO ANTONIO MARIN PEREZ,

               Petitioner,

        v.

PAM BONDI, et al.,

               Respondents.

Case No. 5:26-cv-01254-ODW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition (2) a writ of habeas corpus be issued requiring Petitioner's immediate release; and (3) Respondents shall file a status report within seven (7) days confirming that Petitioner has been released.

DATE: March 31, 2026     _____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE