JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARCO ANTONIO MARIN PEREZ,<br><br>         Petitioner,<br><br>    v.<br><br>PAM BONDI, et al.,<br><br>         Respondents. | Case No. 5:26-cv-01254-ODW-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: _March 31, 2026



_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE